

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BRYANT LAWRENCE FAULKENBERRY, | § | No. 08-16-00341-CR |
| Appellant, | § | Appeal from the |
| v. | § | 264th District Court |
| THE STATE OF TEXAS, | § | of Bell County, Texas |
| State. | § | (TC# 75191) |

## **O R D E R**

The Court has received and filed the supplemental clerk's record requested in this Court's order issued January 4, 2017. The trial court has filed a new certification reflecting that Appellant has a right to appeal. The appeal is therefore reinstated, and the Reporter's Record shall be due in this office on or before February 16, 2017.

IT IS SO ORDERED this 17th day of January, 2017.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.